ACCEPTED
06-14-00079-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/3/2015 4:17:06 PM
DEBBIE AUTREY
CLERK

**IN THE COURT OF APPEALS**
**SIXTH JUDICIAL DISTRICT OF TEXAS**
**AT TEXARKANA**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/3/2015 4:17:06 PM
DEBBIE AUTREY
Clerk

JUSTIN SANDERS,
               Appellant

vs.                                   Appellate Cause No. 06-14-00079-CR

THE STATE OF TEXAS,
               Appellee

**APPELLANT'S MOTION FOR LEAVE**
**TO FILE SUPPLEMENTAL BRIEF**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW the Appellant in the above styled and numbered cause and respectfully moves the Court in accordance with Tex. R. App. Pro. Rule 38.7 for leave to file Appellant's Supplemental Brief and in support therefore would respectfully show unto the Court as follows:

1. During oral argument Justice Moseley asked who bore the burden to demonstrate attenuation of taint on a suppression issue and Justice Carter asked how the court should proceed in determining if the search warrant was sufficient to attenuate taint from a prior illegality.

2. Appellant has conducted additional research on those issues and believes the filing of a short supplemental brief will aid the court in making a correct determination of the issues.

1

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests this Honorable Court grant leave to file Appellant's Supplemental Brief in this cause.

Respectfully submitted,

**CRAIG L. HENRY**
Attorney at Law
723 Main Street
P.O. Box 3226
Texarkana, Texas 75504-3226
(903) 792-4645
FAX - (903) 792-5073
Lawyrntx@aol.com

**By**/s/ Craig L. Henry
Craig L. Henry
Arkansas Bar # 90142
Oklahoma Bar # 016779
Texas Bar # 09479260
Attorney for Appellant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been delivered electronically and via courier to Mr. Jerry Rochelle, Bowie County District Attorney, 601 Main Street, Texarkana, Texas 75501, this 3rd day of June, 2015.

/s/ Craig L. Henry
**Craig L. Henry**